FOX, Respondent, v. COX, Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by John J. Fox against Frederick H. Cox, impleaded with others. No opinion. Judgment of the County Court of Queens County affirmed, with costs.

FOX, Respondent, v. NIAGARA GYPSUM CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Charles Fox against the Niagara Gypsum Company. No opinion. Judgment and order affirmed, with costs.

FRANK et al. v. BERNARD. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Leo Frank and others against William Bernard. No opinion. Motion denied. Settle order on notice. See, also, 119 N. Y. Supp. 1125.

FRAZER, Respondent, v. MARTIN, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Edward A. Frazer against James E. Martin.

PER CURIAM. Judgment and order of the County Court of Dutchess County reversed, and new trial ordered, costs to abide the event, upon the ground that the court erred in permitting the plaintiff to testify as to the number of days that his teams and men worked for the defendant, without laying the foundation for such proof by showing that the reports made to the plaintiff by his employés as to the periods of work were correct.

FRIEDMAN et al. v. LEVI et al. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Isaac Friedman and others against Albert A. Levi and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

FUNGER, Respondent, v. BROOKLYN BOTTLE STOPPER CO., Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Robert A. Funger against the Brooklyn Bottle Stopper Company. L. H. Doorly, for appellant. C. B. McLaughlin, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 132 App. Div. 837, 117 N. Y. Supp. 799.

FUNSOOSTEN v. SUMMIT FOUNDRY CO. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Hammond Funsoosten against the Summit Foundry Company. No opinion. Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs. See, also, 115 App. Div. 894, 100 N. Y. Supp. 1117.

GADSLOUSKIE, Respondent, v. WEST VIRGINIA PULP & PAPER CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by William Gadslouskie against the West Virginia Pulp & Paper Company.

PER CURIAM. Judgment and order affirmed, with costs.

SMITH, P. J., and COCHRANE, J., dissent.

GAHAN, Respondent, v. WESTCHESTER ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by Mary F. Gahan against the Westchester Electric Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, because of error in receiving evidence of injury to head and to stomach.

HIRSCHBERG, P. J., and RICH, J., dissent.

GARVEY, Respondent, v. OLDBURY ELECTRO-CHEMICAL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Edward Garvey against the Oldbury Electro-Chemical Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the 7,000 cans delivered to defendant by plaintiff between March 2 and June 21, 1899, were so delivered to and received by defendant under an agreement that defendant should pay plaintiff therefor at the rate of $83 per thousand, and plaintiff has been paid the full purchase price thereof; also that the verdict, so far as it allows damages for the additional price claimed as to other cans furnished defendant by plaintiff, is contrary to and against the weight of the evidence. See, also, 118 App. Div. 918, 103 N. Y. Supp. 1126; 132 App. Div. 945, 117 N. Y. Supp. 1135; 132 App. Div. 949, 118 N. Y. Supp. 1107.

SPRING, J., votes for modification by reducing the verdict in the amount allowed for the 7,000 cans referred to, and for affirmance of the judgment as modified, together with the order.

KRUSE, J., votes for affirmance of the judgment and order.

GAVIN v. NEW YORK CONTRACTING CO. (Supreme Court, Appellate Division, First Department. December 10, 1909.) Action by Thomas Gavin against the New York Contracting Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 119 N. Y. Supp. 1126.

In re GERMAN LEGAL AID ASS'N. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) In the matter of the application, pursuant to chapter 483 of the Laws of 1909, of the German Legal Aid Association, a corporation organized under the provisions of the membership corporation law, etc. No opinion. Application denied, on the authority of In re Co-operative Law Company, decided herewith. See, also, 118 N. Y. Supp. 1108.